STATE of Missouri, Respondent,

v.

Mireo N. MANN, Appellant.

No. WD 42566.

Missouri Court of Appeals,
Western District.

July 24, 1990.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from conviction of possession of cocaine, § 195.200.1(1), RSMo 1986, and sentence of 12 years imprisonment.

Judgment affirmed. Rule 30.25(b).

CITY OF JEFFERSON,
Plaintiff–Appellant,

v.

Judith Anne VIETH,
Defendant–Respondent.

No. WD 43041.

Missouri Court of Appeals,
Western District.

July 24, 1990.

B. Allen Garner, City Counselor, Jefferson City, for plaintiff-appellant.

F. Randall Waltz, III, Jefferson City, for defendant-respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM.

The City of Jefferson appeals from the dismissal of the charge of running a red light filed against Judith Anne Vieth.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Victor R. MEANEY, Appellant.

No. WD 41704.

Missouri Court of Appeals,
Western District.

July 31, 1990.

Daniel C. Miller, Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Andrea K. Spillars, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from jury conviction of the offense of stealing and sentence of two years imprisonment.

Judgment affirmed. Rule 30.25(b).